UNCLAIMED FUNDS

SEPTEMBER 22, 2010

07-60477    DORETTE K CARVER
            CREDITOR DID NOT CASH CHECK
            CHECK #450210 FOR $319.73
            EMC MORTGAGE
            P.O. BOX 293150
            LEWISVILLE, TX  75029-3150

                                                            0 · *

                                                        319 · 73 +

                                                        319 · 73 *